AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| STEPHEN SONNENBERG <br><br> *Plaintiff(s)* <br> v. <br> TRIANGLE AUTO BODY INC., RIDGEWOOD AUTO SPRING INC., TRIANGLE AUTOMOTIVE INC., TRIANGLE TOWING AND RECOVERY, INC., ALBERT D'ANDREA, and BRIAN GERDTS, <br> *Defendant(s)* | Civil Action No. 1:25-cv-03251-BMC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TRIANGLE AUTO BODY INC., TRIANGLE AUTOMOTIVE INC., TRIANGLE TOWING AND RECOVERY, INC., & ALBERT D'ANDREA
57-11 79th Ave. Ridgewood NY 11385


RIDGEWOOD AUTO SPRING INC. & BRIAN GERDTS
63-07 Fresh Pond Road, Flushing , NY 11385

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

HARRISON, HARRISON & ASSOC., LTD
Julie Salwen, Esq. & David Harrison, Esq.
110 State Highway 35, 2nd Floor
Red Bank, NJ 07701
Telephone: 888-239-4410
jsalwen@nynjemploymentlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date:  6/11/2025

s/Kimberly Davis
*Signature of Clerk or Deputy Clerk*